UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Brainlabs Digital, Inc.,

          Plaintiff(s),

-v-

Bed, Bath & Beyond Inc.,

          Defendant(s).

------------------------------------------------------------X

23-CV-3387 (CM)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2025

COLLEEN McMAHON, United States District Judge:

    The Court is conducting a review of its docket and making inquiry into cases where there has been no recent activity. The present case appears to fall into that category.

Accordingly, the parties are directed to file a letter within Seven (7) Days (either jointly or separately) reporting on the status of the current litigation. Failure to respond will result in the dismissal of the above-captioned case for failure to prosecute.

Dated: August 13, 2025

SO ORDERED:

_____
United States District Judge

BY ECF TO ALL PARTIES